| | |
|---|---|
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF MIGUEL ALAN HULL TO THE BAR OF MARYLAND | \* IN THE<br>\*<br>\* SUPREME COURT<br>\* OF MARYLAND<br>\* AG No. 15<br>\* September Term, 2023<br>\* |

## ORDER

Upon consideration of the petition for reinstatement of Miguel Alan Hull and Bar Counsel's response to the petition for reinstatement, it is this 15th day of December 2023, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Miguel Alan Hull is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Miguel Alan Hull upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk